**Order entered February 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01318-CR

**ALFREDO ALMANZA ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80084-2018**

## ORDER

Before the Court is court reporter Antoinette Varela's February 6, 2019 first request for an extension of time to file the reporter's record.  We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
         JUSTICE